No. 81–6280.   Douglas v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 81–6388.   Tobias v. United States.   C. A. 11th Cir.   Certiorari denied.

No. 81–6396.   Brown v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 81–6407.   Russell v. United States.   C. A. D. C. Cir.   Certiorari denied.

No. 81–6458.   Najar v. Oman et al.   Ct. App. Tex., 3d Sup. Jud. Dist.   Certiorari denied.

No. 81–6516.   Laney v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 81–6524.   Becker v. Ross, Commissioner of New York State Department of Labor.   Ct. App. N. Y.   Certiorari denied.

No. 81–6525.   Baker v. Washington.   Ct. App. Wash.   Certiorari denied.

No. 81–6527.   Roy v. Watson et al.   C. A. 9th Cir.   Certiorari denied.

No. 81–6528.   Maselli v. State Board of Equalization of California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–6529.   Martin v. Little, Brown & Co., Inc.   C. A. 1st Cir.   Certiorari denied.

No. 81–6530.   Johnson v. California.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.